UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x

RALPH VANACORE,

                                        Plaintiff,

-against-

JOHN MATTINGLY, Individually, and as Commissioner of the New York City Administration for Children's Services, WILLIAM BELL, Individually, and as Commissioner of the New York City Administration for Children's Services, NICHOLAS SCOPETTA, Individually, and as Commissioner of the New York City Administration for Children's Services and THE CITY OF NEW YORK,

                                        Defendants.

----------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

07 CV 3579 (LTS)

      I, Lisa M. Griffith, am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for the defendant THE CITY OF NEW YORK in the above-captioned action. Please take notice that I am the present Assistant Corporation Counsel assigned to this action, all future filings, or other information, related to this action can be directed to me at the below address.

Dated:      New York, New York
               May 16, 2007

                                        **MICHAEL A. CARDOZO**
                                        Corporation Counsel
                                        Attorney for Defendant
                                        100 Church Street, Room 2-115
                                        New York, New York 10007
                                        (212) 788-0903
                                        Fax: (212) 788-0940

                          By      _____
                                        Lisa M. Griffith (LG0521)
                                        Assistant Corporation Counsel

07 CV 3579 (LTS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RALPH VANACORE,

Plaintiff,

-against-

JOHN MATTINGLY, Individually, and as Commissioner of the New York City Administration for Children's Services, WILLIAM BELL, Individually, and as Commissioner of the New York City Administration for Children's Services, NICHOLAS SCOPETTA, Individually, and as Commissioner of the New York City Administration for Children's Services and THE CITY OF NEW YORK,

Defendants

**NOTICE OF APPEARANCE**

**MICHAEL A. CARDOZO**
*Corporation Counsel of the City of New York*
Attorney for Defendant
100 Church Street, Room 2-115
New York, NY 10007-2601

*Of Counsel:* Lisa M. Griffith
*Tel:* (212) 788-0903
*Law Manager No.:* 2007-015616

Due and timely service is hereby admitted.

Dated:................................................
............................., N.Y.  ................, 2005

Signed:................................................