## CERTIFICATE OF SERVICE

I hereby certify that, on May 29, 2007, I caused a true and correct copy of the annexed Memo Endorsement to be served by facsimile and regular mail on Scott B. Schwartz, attorney for plaintiff, at his office at 40 Exchange Place, Suite 2010, New York, New York 10005.

Dated:    New York, New York
            May 29, 2007

                    MICHAEL A. CARDOZO
                    Corporation Counsel of the
                      City of New York
                    Attorney for Defendants
                    100 Church Street, Room 2-115
                    New York, New York 10007
                    (212) 788-0903

                    By: _____
                          Lisa M. Griffith (LG0821)
                          Assistant Corporation Counsel



THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

LISA M. GRIFFITH
Labor and Employment Law Division
Phone: (212) 788-0903
Fax: (212) 788-0940
E-mail: lgriffit@law.nyc.gov

May 24, 2007

**By Facsimile**

Honorable Laura T. Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1670
New York, NY 10007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: Vanacore v. Mattingly, et al.
07 CV 3579 (LTS) (MHD)

Dear Judge Swain:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent the defendants in this action. I write to respectfully request an extension of defendants' time to respond to the complaint from May 28, until June 28, 2007. This is defendants' first request for an extension of time to respond to the complaint. Plaintiff consents to this request.

Plaintiff, a Caseworker employed by the City of New York in the Administration of Children's Services ("ACS"), brings this action pursuant to 42 U.S.C. § 1983, 42 U.S.C. § 1985, and the First and Fourteenth Amendments of the United States Constitutions, alleging that, from April 1999 to the present, the defendants conspired to engage in a continuous campaign to retaliate against plaintiff for his outspoken comments about ACS' reorganization into what is called the Title Series Program, in violation of his First Amendment right to free speech. Plaintiff further claims that the retaliation violated his substantive and procedural due process rights guaranteed by the Fourteenth Amendment.

An extension of defendants' time to respond to the complaint is needed to allow this office an opportunity to investigate the allegations set forth in the complaint, to obtain

Honorable Laura T. Swain
United States District Judge
Vanacore v. Mattingly, et al.
07 CV 3579 (LTS) (MHD)
May 24, 2007
Page 2

documents relevant to the allegations, to ascertain whether the individually named defendants have been served, to conduct interviews with the individually named defendants, to determine any representation issues with individual defendants, and to prepare an appropriate response to the complaint.

For the foregoing reasons, defendants respectfully request an extension of time from May 28, until June 28, 2007 to respond to the complaint.

Thank you for your consideration of this request.

Respectfully submitted,

Lisa M. Griffith (LG0821)
Assistant Corporation Counsel

cc: Scott B. Schwartz, Esq.
Attorneys for Plaintiffs
(By Facsimile)

The request is granted.

SO ORDERED.

LAURA TAYLOR SWAIN   5/25/2007
UNITED STATES DISTRICT JUDGE



THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007
### FACSIMILE TRANSMISSION

| | | | |
|---|---|---|---|
| TO: | Scott B. Schwartz | FROM: | Lisa M. Griffith<br>Phone: (212) 788-0903<br>Fax: (212) 788-8877<br>lgriffit@law.nyc.gov |
| FAX #: | (212) 202-6313 | DATE: | May 29, 2007 |

You should receive 3 pages, including this one.
Please contact me if you do not receive all pages.

This facsimile contains CONFIDENTIAL INFORMATION which may also be LEGALLY PRIVILEGED. It is intended only for use of the addressee(s) named above. If you are neither the intended recipient of this facsimile nor the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that disseminating or copying this facsimile is prohibited. If you have received this facsimile in error, please notify this office by telephone and return the original to the address set forth by the United States Postal Service. Thank you.

**Re**: Vanacore v. Mattingly, et al.
07 CV 3579 (LTS) (MHD)

**Message**: Please find the attached Memo Endorsement, wherein the Court granted defendants' request for an extension of time to respond to the Complaint, from May 28 to June 28, 2007.

NYC LAW DEPARTMENT      Fax:212-788-8877

## ** Transmit Conf.Report **

P.1                                                                                            May 29 2007  10:01

| Telephone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 912122026313 | NORMAL | 29,10:00 | 1'00" | 3 | * O K | |

---

TO: Scott B. Schwartz                      FROM: Lisa M. Griffith
                                                               Phone: (212) 788-0903
                                                               Fax: (212) 788-8877
                                                               lgriffith@law.nyc.gov

FAX #: (212) 202-6313                               DATE: May 29, 2007

---

You should receive 3 pages, including this one.
Please contact me if you do not receive all pages.

This facsimile contains CONFIDENTIAL INFORMATION which may also be LEGALLY PRIVILEGED. It is intended only for use of the addressee(s) named above. If you are neither the intended recipient of this facsimile nor the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that disseminating or copying this facsimile is prohibited. If you have received this facsimile in error, please notify this office by telephone and return the original to the address set forth by the United States Postal Service. Thank you.

**Re: Vanacore v. Mattingly, et al.**
     07 CV 3579 (LTS) (MHD)

**Message:** Please find the attached Memo Endorsement, wherein the Court granted defendants' request for an extension of time to respond to the Complaint, from May 28 to June 28, 2007.