UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: SCOTT B. SCHWARTZ, ESQ. - 1508

---

RALPH VANACORE

Plaintiff(s)

- against -

JOHN MATTINGLY

Defendant(s)

**Index #: 07CV3579**

**Date Filed:**

**AFFIDAVIT OF SERVICE**

Attorney File #1: 07-102C

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 8, 2007 at 01:05 PM at

100 CHURCH STREET
NEW YORK, NY 10007

deponent served the within true copy of the SUMMONS & COMPLAINT, JUDGE SWAIN'S RULES, JUDGE DOLINGER'S RULES, ECF INSTRUCTIONS on CITY OF NEW YORK, the defendant/respondent therein named.

BY LEAVING A TRUE COPY WITH MR. GARRY JEAN GILLES, LEGAL CLERK , BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|-----------|-----------|--------------|-----------------|-----------------|
| MALE | BROWN | BLACK | 25 | 5'6 | 156 |

Sworn to me on:  May 8, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18,
2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**SIEH CLARK**
License #: 1187234
Docket #: 477624