UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK         Attorney: SCOTT B. SCHWARTZ, ESQ. - 1508

RALPH VANACORE

                                 Plaintiff(s)

- against -

JOHN MATTINGLY ET AL

                                 Defendant(s)

Index #: 07CV3579

Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 07-102C

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 8, 2007 at 10:30 AM at

NEW YORK CITY ADMINISTRATION FOR CHILDREN'S SERVICES
OFFICE OF LEGAL AFFAIRS
40 WORTH STREET, 6TH FL
NEW YORK, NY 10038

deponent served the within true copy/copies of the SUMMONS & COMPLAINT, JUDGE SWAIN'S RULES, JUDGE DOLINGER'S RULES, ECF INSTRUCTIONS on WILLIAM BELL, the defendant/respondent therein named,

**SUITABLE AGE** — by delivering thereat a true copy/copies of each to MS. ALBA ARIAS, LEGAL CLERK a person of suitable age and discretion. Said premises is the defendant's/respondent's actual place of business within the state. She identified herself as being AUTHORIZED to accept for the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BROWN | 60 | 5'5 | 130 |

**MAILING** — Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's actual place of business at

NEW YORK CITY ADMINISTRATION FOR CHILDREN'S SERVICES
OFFICE OF LEGAL AFFAIRS
40 WORTH STREET, 6TH FL
NEW YORK, NY 10038

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on May 8, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE** — Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: May 8, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

SIEH CLARK
License #: 1187234
Docket #: 477629

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]   DATE: MAY 8, 2007

NAME OF SERVER (PRINT)  SIEH CLARK    TITLE  PROCESS SERVER

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: NEW YORK CITY ADMINISTRATION FOR CHILDREN'S SERVICES  40 WORTH  STREET  6TH FLOOR NEW YORK, NY 10013 ON MAY 8, 2007 AT 10:30 AM   (OFFICE OF LEGAL AFFAIRS)

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:
MS. ALBA ARIAS, LEGAL CLERK (CO-WORKER)
FEMALE, TAN SKIN, BROWN HAIR, 60 YRS, 5'5 HGT, 130 LBS.

☐ Returned unexecuted: _____

☒ Other (specify): ON THE 8TH DAY OF MAY 2007 COPY MAILED TO THE ABOVE ADDRESS BY REGULAR FIRST CLASS MAIL IN AN ENVELOPE MARKED PERSONAL AND CONFIDENTIAL

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 8th 2007
           Date

Signature of Server
SIEH CLARK   1187234

Robin M. Forman
Notary Public State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

299 BROADWAY SUITE 1401 NEW YORK, NY 10007
Address of Server

DOCKET # 477629

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.