## DECLARATION OF SERVICE

I, Lisa M. Griffith, hereby declare that on **August 23, 2007**, I caused a true and correct copy of the Memo Endorsement, So Ordered by the Honorable Laura Taylor Swain, United States District Judge, dated September 13, 2007, to be served by facsimile upon Scott B. Schwartz, counsel for plaintiff, at (212) 202-6313, that being the facsimile number that plaintiff designated for such purpose.

By: _____
    Lisa M. Griffith (LG0821)