> **MEMO ENDORSED**
> IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**LISA M. GRIFFITH**
Labor and Employment Law Division
Phone: (212) 788-0903
Fax: (212) 788-8877
E-mail: lgriffit@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 4 2007

August 7, 2007

RECEIVED AUG -7 2007
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE
S.D.N.Y.

**By Facsimile**

Honorable Laura T. Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1670
New York, NY 10007

Re: *Vanacore v. Mattingly, et al.*
07 CV 3579 (LTS) (MHD)

Dear Judge Swain:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent defendants in the above-referenced action. I write to respectfully request an adjournment of the initial conference, which is scheduled for August 30, 2007. Defendants, with plaintiff's consent, seeks this adjournment because I will be on vacation from August 27 until September 4, 2007. This is defendants' first request for an adjournment of the initial conference.

For the foregoing reasons, defendants request that the initial conference currently scheduled for August 30, 2007 be adjourned to a date after September 4, 2007 that is convenient for the Court.

Thank you for your consideration of this request.

*The conference is adjourned to September 13, 2007, at 3:45 pm.*

SO ORDERED.

/s/ 8/22/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Lisa M. Griffith
Lisa M. Griffith (LG0821)
Assistant Corporation Counsel