UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
==========================================X
RALPH VANACORE,

                               Plaintiff,

    -against-


JOHN MATTINGLY, et al.,

                              Defendants.
==========================================X

**AFFIRMATION OF SERVICE**

Index # 07 CV 3579 (LTS) (MHD)

    SCOTT B. SCHWARTZ, an attorney duly admitted to practice law in the Federal Court for the Southern District of New York, deposes and says:

    On August 28, 2007, I served an Endorsed Letter adjourning the Rule 26 Conference from September 13, 2007 to September 25, 2007, by electronic mail (lgriffit@law.nyc.gov) and by facsimile (212) 788-8877, on the following individual:

Lisa Griffith, Esq.<br>
Corporation Counsel for the City of New York<br>
*Attorney for Defendants*<br>
100 Church Street<br>
New York, New York 10007<br>
(212) 788-0903

Dated: August 28, 2007
       New York, New York

                                                _____
                                                SCOTT B. SCHWARTZ