LAW OFFICE OF
# SCOTT B. SCHWARTZ PLLC

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 8 2007
```

40 EXCHANGE PLACE, SUITE 2010
NEW YORK, NY 10005

TEL 212.321.7091
FAX 212.202.6313

August 27, 2007

**By Facsimile**

Hon. Laura T. Swain
United States District Judge
Federal Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Room 755
New York, NY 10007

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: Ralph Vanacore v. John Mattingly, et al.
    Docket #: 07 CV 3579 (LTS) (MHD)

Dear Judge Swain:

I represent Plaintiff Ralph Vanacore in the above-referenced matter.

As a courtesy, I recently consented to defense counsel's request for an adjournment of the Rule 26 Preliminary Pre-Trial Conference. In a so-ordered letter dated August 22, 2007, your Honor re-scheduled the conference for September 13, 2007 at 3:45 p.m.

On September 13, 2007, my family and I will be observing the Jewish holiday of Rosh Hashanah. Therefore, I respectfully request that the upcoming conference be adjourned to September 20, 2007, or to a later date that is convenient for the Court. I have attempted to contact defense counsel, Lisa M. Griffith, but she is on vacation. In Ms. Griffith's absence, an attorney from her office, Joshua Fay, Esq., has consented to my request for an adjournment. This is my first request for such relief.

Thank you for considering this request.

Sincerely,

Scott B. Schwartz

cc: Lisa M. Griffith, Esq.

*The conference is adjourned to September 25 2007 at 4:30pm.*
**SO ORDERED.**

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
8/27/2007