UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
Vanacore

                      Plaintiffs,

  -v-

Mattingly

                      Defendant.
-------------------------------------------------------------
LAURA TAYLOR SWAIN, District Judge     X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 3579 (LTS)(MHD)

[SEP 2 6 2007 — filed stamp]

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Settlement* (Principals to participate as required by Magistrate Judge) | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | | Particular Motion:_____ |
| | | | All such motions: ___ |

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
             September 25, 2007

Copies ~~mailed~~ Given All counsel ; MJ
Chambers of Judge Swain

LAURA TAYLOR SWAIN
United States District Judge