UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

RALPH VANACORE,

        Plaintiffs  :    **ORDER**

  -against-      :  07 Civ. 3579 (LTS)(MHD)

JOHN MATTINGLY ET AL.,  :

        Defendants.  :

------------------------------------X

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    It is hereby ORDERED that a settlement conference has been scheduled in the above-captioned action on **FRIDAY, NOVEMBER 9 at 2:00 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**DATED:** New York, New York
       October 1, 2007

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*10/2/07*

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed this date to:

Scott Brian Schwartz, Esq.
Ohrenstein & Brown, LLP
One Penn Plaza - 46th Floor
New York, NY 10119

Lisa Marie Griffith, Esq.
NYC Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007