UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

RALPH VANACORE,

                                 Plaintiff,

-against-

JOHN MATTINGLY, Individually, and as Commissioner of
the New York City Administration for Children's Services,
WILLIAM BELL, Individually, and as Commissioner of the
New York City Administration for Children's Services,
NICHOLAS SCOPETTA, Individually, and as Commissioner
of the New York City Administration for Children's Services
and THE CITY OF NEW YORK,

                                 Defendants.
------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 CV 3579 (LTS)(MHD)

      **PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent the defendants in the above-referenced action.

      Former Assistant Corporation Counsel Lisa M. Griffith is no longer with this office. Accordingly, I respectfully request that any future correspondence or ECF notifications relating to this matter be addressed to me, and that Lisa M. Griffith's name be removed as Lead Counsel on the Docket Sheet.

Dated:      New York, New York
             November 21, 2007

                                 MICHAEL A. CARDOZO
                                 Corporation Counsel of the
                                 City of New York
                                 Attorney for Defendants
                                 100 Church Street, Room 2-317
                                 New York, N.Y. 10007
                                 (212) 788-0960

                        By: _____
                            Christopher L. Heer (CH 1086)
                            Assistant Corporation Counsel

07 Civ. 3579 (LTS)(MHD)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RALPH VANACORE,

                           Plaintiff,

-against-

JOHN MATTINGLY, Individually, and as Commissioner of the New York City Administration for Children's Services, WILLIAM BELL, Individually, and as Commissioner of the New York City Administration for Children's Services, NICHOLAS SCOPETTA, Individually, and as Commissioner of the New York City Administration for Children's Services and THE CITY OF NEW YORK,

                           Defendants.

**NOTICE OF APPEARANCE**

***MICHAEL A. CARDOZO***
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street, Room 2-317*
*New York, New York 10007-2601*

*Of Counsel: Christopher L. Heer*
*Tel.: 212-788-0960*
*NYCLIS No.: 2007-015616*

*Due and timely service is hereby admitted.*

New York, N.Y. ............................, 2007.

............................................ *Esq.*

*Attorney for*..............