UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

RALPH VANACORE,

**STIPULATION**

Plaintiff,                    **OF DISMISSAL**

-against-                                     07 CV 3579 (LTS)(MHD)

JOHN MATTINGLY, Individually, and as Commissioner of
the New York City Administration for Children's Services,
WILLIAM BELL, Individually, and as Commissioner of the
New York City Administration for Children's Services,
NICHOLAS SCOPETTA, Individually, and as Commissioner
of the New York City Administration for Children's Services
and THE CITY OF NEW YORK,

Defendants.

---------------------------------------------------------------------- X

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned that:

1.      Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the

above captioned action is dismissed with prejudice.

Dated:          New York, New York
                January __, 2008

LAW OFFICES OF SCOTT B.                      MICHAEL A. CARDOZO
SCHWARTZ, PLLC                                Corporation Counsel of the
Attorneys for Plaintiff                            City of New York
40 Exchange Place – Suite 2010               Attorney for Defendants
New York, New York 10005                     100 Church Street, Room 2-317
(212) 321-7091                                New York, New York 10007
                                              (212) 788-0960

By: _____        By: _____
        Scott B. Schwartz (SS7082)               Christopher L. Heer (CH1086)
                                                 Assistant Corporation Counsel

**SO ORDERED:**

_____  1/24/2008
U.S.D.J.